**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION**

| | |
|---|---|
| IN RE: | |
| Theresa Ann Smith | CASE NO.: 11-10142-RLJ-13 |
| Debtor(s) | HEARING DATE: February 5, 2014<br>HEARING TIME: 11:00 AM |

**Amended DEBTOR CERTIFICATION AND
MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE
PURSUANT TO 11 U.S.C. § 1328(a)**

The Debtor moves for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor certifies under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

   A. I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 is attached as Exhibit 1.

   B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

   C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

   D. I have not received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

   E. I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

F. No criminal proceeding is pending against me alleging that I am guilty of a felony.

G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2. I have made all payments required by my confirmed chapter 13 plan including direct payments.

Signed: /s/Theresa Ann Smith
Debtor

/s/
Joint Debtor

/s/Monte J. White
Attorney for Debtors

## NOTICE OF HEARING

A HEARING WILL BE HELD ON February 5, 2014 AT 11:00 AM AT THE FOLLOWING ADDRESS: 341 Pine St., Room 2201, Abilene, TX 79601.
IF A RESPONSE IS FILED, A PRE-HEARING CONFERENCE SHALL BE HELD ON February 5, 2014 AT 8:30 AM AT THE SAME ADDRESS.
ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, NOTICE SHOULD BE SENT TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDERED TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Debtor Certification and Motion for Entry of Chapter 13 Discharge Pursuant to 11 U.S.C. § 1328(a) and Notice of Hearing was this date served on the parties in the attached matrix by U.S. First Class mail.

Date: December 13, 2013

/s/Monte J. White
Attorney for Debtors

Label Matrix for local noticing
0539-1
Case 11-10142-rlj13
Northern District of Texas
Abilene
Mon Dec 16 14:57:06 CST 2013

306 Federal Building
1205 Texas Avenue
Lubbock, TX 79401-4037

Arizona Ave Emergency Physicians
P.O. Box 98625
Las Vegas, NV 89193-8625

CANDICA L.L.C.
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Clinical Pathology Associates
P.O. Box 3138
Abilene, Texas 79604-3138

Cred Bureau Borger
306 N Mcgee St
Borger, TX 79007-4050

Hendrick Medical Center
Collection Department
1900 Pine Street
Abilene, Texas 79601-2432

Monte J. White & Associates, P.C.
402 Cypress, Suite 310
Abilene, TX 79601-5151

Nolan County Central Appraisal District
P.O. Box 1256
Sweetwater, Texas 79556-1256

Prof Fin Co
PO Box 1686
Greeley, CO 80632-1686

Recovery Management Systems Corporation
25 SE 2nd Ave. Ste. 1120
Miami, FL 33131-1605

Afni, Inc.
Attn: DP Recovery Support
PO Box 3427
Bloomington, IL 61702-3427

Atmos Energy
PO Box 650653
Dallas, TX 75265

{p}CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Clinical Pathology Associates
c/o West Central Texas Collection Bureau
PO Box 2586
Abilene, OK 79604-2586

Credit Systems Intl In
1277 Country Club
Fort Worth, TX 76112-2304

{p}INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Nco Fin -99
Po Box 15636
Wilmington, DE 19850-5636

Nolan County/Nolan County Hospital Dist./Wes
c/o Perdue, Brandon, Fielder, etal
P.O. Box 13430
Arlington, Texas 76094-0430

Radiology Associates / RMA
c/o West Central Texas Collection Bureau
PO Box 2586
Abilene, TX 79604-2586

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Alltel Communications
1801 B South Monroe Street
Tallahasse, FL 32301-5555

Big Country Loan
1255 S. Danville
Abilene, TX 79605-3641

City of Sweetwater
c/o Perdue, Brandon, Fielder, etal
P.O. Box 13430
Arlington, Texas 76094-0430

Cmre Financial Services Inc
3075 E Imperial Hwy
Suite 200
Brea, CA 92821-6753

FABSO, Inc. dba Big Country Loan Co.
2241 S. 1st. St.
Abilene, TX 79605-2028

Midwest Finance
307 E Broadway St
Sweetwater, TX 79556-4518

Nco-inovision-medclr
Attn: Bankruptcy
507 Prudential Rd
Horsham, PA 19044-2308

Perdue Brandon Fielder Collins & Mott
Attorneys at Law
PO Box 13430
Arlington, TX 76094-0430

Radiology Associates of Abilene
PO Box 2898
Abilene, TX 79604-2898

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Rolling Plains Memorial Hospital
P.O. Box 690
Sweetwater, Texas 79556-0690

SFC-Central Bankruptcy
P.O. Box 1893
Spartanburg, S.C 29304-1893


(p)SAGE TELECOM
10440 NORTH CENTRAL EXPRESSWAY
SUITE 700
DALLAS TX 75231-2228

Sage Telecom
PO Box 79051
Phoenix, AZ 85062-9051

Security Fin
Attn: Bankruptcy
PO Box 1893
Spartanburg, SC 29304-1893


Service Bureau Inc
2705 81st St
Lubbock, TX 79423-2229

Sweetwater ISD
c/o Perdue, Brandon, Fielder, etal
P.O. Box 13430
Arlington, Texas 76094-0430

T and P Federal Credit Union
101 S. Main St.
Big Spring, Texas 79720-2516


Texas Finance
605 A Lamar Street
Sweetwater, TX 79556-5947

Texas Midwest ER Physicians
PO Box 676240
Dallas, TX 75267-6240

(p)TXU ENERGY RETAIL COMPANY LP
CO BANKRUPTCY DEPARTMENT
PO BOX 650393
DALLAS TX 75265-0393


West Central Tx Coll B
Po Box 2586
Abilene, TX 79604-2586

Western Shamrock Corporation
Attention: Bankruptcy
801 S Abe St
San Angelo, TX 76903-6735

World Finance Corp
1006 1-2 Lamar St
Sweetwater, TX 79556


Pamela Jean Chaney
Monte J. White & Associates, P.C.
American State Building
402 Cypress, Ste. 310
Abilene, TX 79601-5151

Theresa Ann Smith
712 Hill St.
Sweetwater, TX 79556-5910

Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Capital One, N.a.
Bankruptcy Dept
PO Box 5155
Norcross, GA 30091

IRS Special Procedures
Mail Code 5020-DAL
1100 Commerce St, Room 9B8
Dallas, TX 75242

(d)Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


Sage Telecom
3300 E. Renner Rd Suite 350
Richardson, TX 75082-2800

Txu Energy
200 W John Carpenter Fwy
Irving, TX 75039


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)City of Sweetwater        (u)Nolan County, Wes Tex Groundwater, Nolan C        (u)Sweetwater ISD

End of Label Matrix
Mailable recipients    47
Bypassed recipients     3
Total                  50